**United States Bankruptcy Court**
**Central District Of California**

In re:
Tyler D. Jorgenson
Tanya Marie Jorgenson

CHAPTER NO.: 7

CASE NO.: 6:11–bk–21532–MJ

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2–1]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

　　　　Chapter 7　　Original only

**Please return the original or copy of this form with all required items to the following location:**

　　　　3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: April 7, 2011

**By: Sandy Bailey**
**Deputy Clerk**

mccdn – Revised 12/2009

**11 – 1 / SBG**