**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISON**

| | | |
|---|---|---|
| In re<br>Tyler D Jorgenson and<br>Tanya Marie Jorgenson,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case Number. 11-21532<br><br>Judge Meredith A. Jury |

**REQUEST OF ATLAS ACQUISITIONS**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Atlas Acquisitions LLC
    294 Union St.
    Hackensack, NJ 07601
    Attn: Avi Schild
    Telephone: (888) 762-9889
    Facsimile: (201) 546-9377
    E-mail: bk@atlasacq.com

Dated: 05/01/2011

                                  By: /s/ Avi Schild
                                  Avi Schild
                                  c/o Atlas Acquisitions LLC
                                  President
                                  294 Union St.
                                  Hackensack, NJ 07601
                                  (888) 762-9889

Assignee Creditor: Citibank - AMERICAN EXPRESS CLASSIC [Last four digits of account: 6201]